FILED: September 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1751
(6:25-cv-00010-NKM-CKM)

---

CURTIS M. WHATELEY

Plaintiff - Appellant

v.

GERALD F. LACKEY, as Commissioner of the Va DMV

Defendant - Appellee

---

O R D E R

---

The court grants Matthew William Callahan's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk